Joseph Charles Faucher, No. 137353
Trucker Huss
633 W 5th Street 26th Floor
Los Angeles CA 90071
(213) 537-1016
Fax: (213) 537-1020
jfaucher@truckerhuss.com

David W. Ballew, WSBA No. 17961
Reid, McCarthy, Ballew & Leahy, L.L.P.
100 West Harrison Street
North Tower, Suite 300
Seattle, WA 98119
(206) 285-3610 Phone, ext. 226
(206) 285-8925 Fax
david@rpmb.com

Attorneys for Plaintiffs
NORTHWEST ADMINISTRATORS, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | No. 2:16-cv-07328-CAS-MRW |
| Plaintiff, | [PROPOSED] JUDGMENT |
| vs. | |
| CROWN DISPOSAL COMPANY, INC., et al., | |
| Defendant. | |

Reid, McCarthy, Ballew & Leahy, L.L. P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET
NORTH TOWER SUITE 300
SEATTLE WA 98119
PHONE (206) 285-0464 / FAX (206) 285-8925

The Court, having considered Plaintiff's Motion for Summary Judgment and supporting exhibits, Defendants' reply, Plaintiff's response and the arguments of the parties at oral argument, hereby grants Plaintiff's motion in all particulars.

IT IS HEREBY ORDERED AND DECREED:

1. Plaintiffs' Motion for Summary Judgment is GRANTED;

2. Judgment is awarded in favor of Plaintiffs' Trust Funds against Defendants, Community Renewable Energy Services Inc. and Crown Disposal, Inc. in the amounts hereinafter listed, which amounts are due to the Plaintiff for the defendants' withdrawal liability:

A. $1,021,074.79 for withdrawal liability;

B. $204,214.96 for liquidated damages;

C. $49,030.97 for interest through December 22, 2017 (interest will continue to accrue at the rate(s) provided for under 29 CFR 4219.32 until withdrawal liability has been paid in full);

D. $66,729.46 for attorney's fees; and

E. $1,937.79 for costs.

**Total**: $1,342,987.97

ORDER ENTERED THIS 23RD day of January, 2018.

_Christina A. Snyder_

THE HONORABLE CHRISTINA A. SNYDER

PRESENTED FOR ENTRY:

/s/
Russell J. Reid, WSBA No. 2560
David W. Ballew, WSBA No. 17961
Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorneys for Plaintiff

Reid, McCarthy, Ballew & Leahy, L.L. P.
ATTORNEYS AT LAW
NORTH TOWER SUITE 300
100 WEST HARRISON STREET
SEATTLE WA 98119
PHONE (206) 285-0464 / FAX (206) 285-8925